**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Nicolas Kolokithias,<br><br>          Plaintiff,<br>     v.<br><br>Convergent Outsourcing, Inc.,<br><br>          Defendant. | Civil Action No.: 1:17-cv-01613-PKC-JO |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Nicolas Kolokithias | Convergent Outsourcing, Inc. |
|---|---|
| ___/s/ Sergei Lemberg_____ | ___/s/ Nicole G. Markowitz_____ |
| Sergei Lemberg, Esq. (SL 6331)<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>(203) 653-2250<br>Attorney for Plaintiff | Nicole G. Markowitz, Esq.<br>Segal McCambridge Singer & Mahoney<br>850 Third Avenue, Suite 1100<br>New York, NY 10022<br>(212) 651-7500<br>Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                               By /s/ Sergei Lemberg_____
                                                                   Sergei Lemberg